JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: eumi.choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00194 RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM APRIL 13, 2010, THROUGH MAY 18, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |
| IVAN GARY HALL, | ) | |
| Defendant. | ) | |

An indictment was returned in this case on March 17, 2010.  A status hearing was held on April 13, 2010, at which time, upon agreement of the parties, the Court set another status hearing on May 18, 2010.  Time has been excluded time under the Speedy Trial Act to allow counsel reasonable time for effective preparation.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Further, the failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

1  DATED: April 22, 2010                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            _____/s/_____
                                            EUMI L. CHOI
                                            Assistant United States Attorney


                                            _____/s/_____
                                            VARRELL L. FULLER
                                            Assistant Federal Defender
                                            for Ivan Gary Hall


**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time from April 13, through May 18, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendants and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   4/23/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2