JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-5079
  Facsimile:  (408) 535-5066
  Email: eumi.choi@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00194 RS |
| Plaintiff, | ) ) | STIPULATION AND [xxxxxxxxxxxx] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM MAY 18, 2010, THROUGH JUNE 8, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |
| v. | ) ) | |
| IVAN GARY HALL, | ) ) | |
| Defendant. | ) ) ) | |

     An indictment was returned in this case on March 17, 2010.  A status hearing was held on April 13, 2010, at which time, upon agreement of the parties, the Court set another status hearing on May 18, 2010.  Time was excluded under the Speedy Trial Act to allow counsel reasonable time for effective preparation.  Based upon a potential early resolution of the matter, and a defense request for additional discovery, the parties jointly request that the May 18, 2010, hearing be continued until June 8, 2010.

     The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Further, the failure to grant such a continuance would

1  unreasonably deny counsel for defendant the reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

4  DATED: May 17, 2010                              JOSEPH P. RUSSONIELLO
                                                    United States Attorney

6                                                   _____/s/_____
                                                    EUMI L. CHOI
7                                                   Assistant United States Attorney

9                                                   _____/S/_____
                                                    VARELL L. FULLER
                                                    Assistant Federal Defender
10                                                  for Ivan Gary Hall

12                                       **ORDER**

13     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
14  ORDERS that the time from May 18, 2010, through June 8, 2010, is excluded under the Speedy
15  Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such
16  action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. §
17  3161(h)(7)(A). Further, the failure to grant such a continuance would unreasonably deny
18  counsel for defendant and the Government the reasonable time necessary for effective
19  preparation, taking into account the exercise of due diligence. The Court therefore concludes
20  that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

22  IT IS SO ORDERED.

24  DATED:   5/17/10
                                                    RICHARD SEEBORG
25                                                  UNITED STATES DISTRICT JUDGE

2